UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00432

**Maria Raquel Gonzalez,**
*Plaintiff,*

v.

**Commissioner, Social Security Administration,**
*Defendant.*

# ORDER

Plaintiff Maria Raquel Gonzalez filed this action pursuant to 42 U.S.C. § 405(g) for judicial review of the defendant's denial of her application for benefits. Doc. 1. The case was referred to United States District Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b). Doc. 2.

On November 9, 2020, the magistrate judge ordered plaintiff to show cause within ten days why this action should not be dismissed without prejudice for failure to timely effect service. Doc. 7. Plaintiff did not file a response. Accordingly, the magistrate judge issued a report on January 13, 2021, recommending dismissal of the complaint without prejudice for failure to prosecute. Doc. 8. Plaintiff did not object to the report and recommendation.

When a party fails to object to a magistrate judge's report, the court reviews the record only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court **accepts** its findings and recommendation. This action is **dismissed without prejudice**.

*So ordered by the court on January 29, 2021.*

_____
J. CAMPBELL BARKER
United States District Judge